FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 AUG -5 AM 7: 33

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES M. BOONE | CIVIL ACTION |
| VERSUS | NO. 10-1059 |
| SCOOTER STORE, ET AL. | SECTION "L" (3) |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this ___4___ day ___August___, 2010.

UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____